UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREGORY BROWN,

        Plaintiff,

                                                                     File No: 2:11-CV-252

v.

                                                                       HON. ROBERT HOLMES BELL

PATRICK HARRINGTON, et al.,

        Defendants.

                                          /

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 14, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendants Patrick Harrington and Robert Norton's motion for summary judgment (Dkt. No. 29) be granted as to Plaintiff's due process claims and denied as to Plaintiff's equal protection and retaliation claims. (Dkt. No. 57, R&R.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 57) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 29) is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted as to

Plaintiff's due process claims and denied as to Plaintiff's equal protection and retaliation claims.


Dated:  September 14, 2012                    /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       UNITED STATES DISTRICT JUDGE